IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 19 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANEUDY GONZALEZ | No. 2-19CR-190-Z |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession with Intent to Distribute
1000 Kilograms or More of Marihuana
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vii))

On or about December 5, 2019, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Aneudy Gonzalez**, defendant, did knowingly and intentionally possess with intent to distribute 1000 kilograms and more of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

**Aneudy Gonzalez**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ANEUDY GONZALEZ

INDICTMENT

COUNT 1: POSSESSION WITH INTENT TO DISTRIBUTE 1000 KILOGRAMS OR MORE OF MARIHUANA
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

(1 COUNT)

A true bill rendered:

Amarillo _____ Foreperson

Filed in open court this __19th__ day of __December__, A.D. 2019.

_____ Clerk

DEFENDANT ON BOND
(Complaint filed 12/9/19 – 2:19-MJ-229)

_____
UNITED STATES MAGISTRATE JUDGE