IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:19-CR-190-Z |
| ANEUDY GONZALEZ | |

## MOTION TO DISMISS

The United States of America, by and through the United States Attorney for the Northern District of Texas, moves, in the interests of justice, to dismiss the indictment without prejudice as to Defendant.

> ERIN NEALY COX
> UNITED STATES ATTORNEY
>
> */s/ Anna Marie Bell*
> ANNA MARIE BELL
> Assistant United States Attorney
> New Mexico Bar No. 12501
> 500 South Taylor Street, Suite 300
> Amarillo, Texas   79101-2446
> Telephone:   806-324-2356
> Facsimile:   806-324-2399
> E-Mail:   anna.bell@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on January 2, 2020, I attempted to confer with Adam Tisdell, the attorney for Aneudy Gonzalez, and he was not available.

> */s/ Anna Marie Bell*
> ANNA MARIE BELL
> Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2020, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

                                    */s/ Anna Marie Bell*
                                    ANNA MARIE BELL
                                    Assistant United States Attorney