IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.  No. 2:19-CR-190-Z

ANEUDY GONZALEZ

**ORDER**

The Court, having considered the Government's Motion to Dismiss, is of the opinion the motion should be **GRANTED**.

It is therefore ORDERED that the indictment is **DISMISSED** without prejudice as to Defendant Aneudy Gonzalez.

IT IS SO ORDERED.

ENTERED January 2, 2020.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE